# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CR-07-071-JHP |
| **ERNEST WAGES,** | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION PENDING SENTENCING

The defendant having entered a guilty plea to a federal offense that is a crime of violence as defined in 18 U.S.C. § 3156(a)(4)(C), the Court hereby FINDS as follows:

    1. The defendant has not shown exceptional reasons why he should not be detained pending sentencing.

    2. There is not a substantial likelihood that a motion for acquittal or new trial will be granted.

    3. The Government does not recommend imposition of a sentence not including imprisonment.

Accordingly, IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED** this 1st day of February, 2008.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**